NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANVERS E. LONG,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2010-3108

---

Petition for review of the Merit Systems Protection Board in case no. CB7521080019-I-1.

---

## ON MOTION

---

## O R D E R

Danvers E. Long moves for a 10-day extension of time, until October 7, 2010, to file his reply brief and the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christopher C. Sharp, Esq.
     Elizabeth M. Hosford, Esq.
     Linda Stagno, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK